```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LOIS JEAN CONNER,                 :     CONSOLIDATED UNDER
                                  :     MDL-875
         Plaintiff,               :
                                  :     Transferred from the Central
     v.                           :     District of California
                                  :     (Case No. 09-02317)
ALFA LAVAL, INC., et al.,         :
                                  :     E.D. PA CIVIL ACTION NO.
         Defendants.              :     2:09-CV-67099-ER



JAMES H. PRANGE, et al.,          :     CONSOLIDATED UNDER
                                  :     MDL-875
         Plaintiffs,              :
                                  :     Transferred from the Central
     v.                           :     District of California
                                  :     (Case No. 09-06698)
ALFA LAVAL, INC., et al.,         :
                                  :     E.D. PA CIVIL ACTION NO.
         Defendants.              :     2:09-CV-91848-ER



JAMES W. STONE, et al.,           :     CONSOLIDATED UNDER
                                  :     MDL-875
         Plaintiffs,              :
                                  :     Transferred from the Northern
     v.                           :     District of California
                                  :     (Case No. 09-02327)
ALFA LAVAL, INC., et al.,         :
                                  :     E.D. PA CIVIL ACTION NO.
         Defendants.              :     2:09-CV-93726-ER
```

**O R D E R**

**AND NOW**, this **1st** day of **February, 2012,** it is hereby

**ORDERED** that the motions for summary judgment for the following

Defendants are **GRANTED** consistent with the Court's Memorandum Opinion of February 1, 2012:

    (1) Defendant General Electric Company (<u>Conner v. Alfa Laval, Inc.</u>, No. 09-67099);

    (2) Defendants Armstrong International, Inc., Foster Wheeler Energy Corporation, Warren Pumps, L.L.C., Crane Company, and CBS Corporation (<u>Stone v. Alfa Laval, Inc.</u>, No. 09-93726); and

    (3) Defendants IMO Industries, Inc., General Electric Company, Buffalo Pumps, Inc., Foster Wheeler, L.L.C., Warren Pumps, L.L.C., and Crane Company (<u>Prange v. Alfa Laval, Inc.</u>, No. 09-91848).

    **AND IT IS SO ORDERED.**

                                   s/Eduardo C. Robreno
                                   **EDUARDO C. ROBRENO, J.**